IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                                                                       **PLAINTIFF**

v.                             Case No. 4:21-cv-00620-KGB

**DEAN,**
**Deputy, Pulaski County Regional**
**Detention Facility,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Esker Martin, III's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 6th day of December, 2021.

_____
Kristine G. Baker
United States District Judge